# United States District Court

CENTRAL _____ DISTRICT OF _____ ILLINOIS

DONAL MASCIO

v.

ROGER WALKER AND
EDDIE JONES.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER:

---

I, **DONALD MASCIO**, declare that I am the (check appropriate box)

[X] petitioner/plaintiff      [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant     [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

**I AM QUALIFIED FOR IMMEDIATE RELEASE AND THE DEFENDANTS HAVE FAILED TO PROPERLY CALCULATE MY SENTENCE**

In further support of this application, I answer the following questions.

1. Are you presently employed?                                        Yes [ ]   No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   N/A

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   
   06' $10.00 PER MONTH APPROX

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment      Yes [ ]   No [X]
   b. Rent payments, interest or dividends?                      Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?            Yes [ ]   No [X]
   d. Gifts or inheritances?                                     Yes [X]   No [ ]
   e. Any other sources?                                         Yes [ ]   No [X]

1-C

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

$10.00 SUMS - MOM

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☒   No ☐   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

   SEE ATTACHED

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-22-08                    X Donald Mascio
              (Date)                       Signature of Applicant

---

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

---

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____   _____ <br> United States Judge         Date | _____   _____ <br> United States Judge         Date <br> or Magistrate |

2-C

Date: 10/12/2007 Pontiac Correctional Center Page 3 of 5 Page 0
Time: 9:15am Trust Fund 3-C
d_list_inmate_trans_statement_composite Inmate Transaction Statement

Case 1:08-cv-00704 Document 3-3 Filed 04/31/2008 Page 3 of 5

REPORT CRITERIA - Date: 04/12/2007 thru End;   Inmate: B15769;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: B15769 Mascio, Donald**          **Housing Unit: PON-N -03-04**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | **Beginning Balance:** | | 50.11 |
| 04/17/07 | Mail Room | 01 MO/Checks (Not Held) | 107225 | 1066907 | Mascio, Mary | 10.00 | 60.11 |
| 04/17/07 | Mail Room | 04 Intake and Transfers In | 107225 | 28896 | Vandalia C.C. | -4.16 | 55.95 |
| 04/24/07 | Mail Room | 04 Intake and Transfers In | 114225 | 28981 | Vandalia C.C. | 1.36 | 57.31 |
| 05/04/07 | Mail Room | 01 MO/Checks (Not Held) | 124262 | P1071276 | Mascio, Mary | 10.00 | 67.31 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 507100, DOC - Library Copies, Inv. Date: 05/08/2007 | -.35 | 66.96 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 507104, DOC - Library Copies, Inv. Date: 05/08/2007 | -.35 | 66.61 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 507074, DOC - Library Copies, Inv. Date: 05/08/2007 | -.45 | 66.16 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 505909, DOC - Library Copies, Inv. Date: 04/25/2007 | -1.55 | 64.61 |
| 05/16/07 | Disbursements | 90 Medical Co-Pay | 136320 | Chk #63151 | 507467, DOC: 523 Fund Reimburs, Inv. Date: 05/10/2007 | -2.00 | 62.61 |
| 05/16/07 | Disbursements | 90 Medical Co-Pay | 136320 | Chk #63151 | 505789, DOC: 523 Fund Reimburs, Inv. Date: 04/24/2007 | -2.00 | 60.61 |
| 05/16/07 | Disbursements | 90 Medical Co-Pay | 136320 | Chk #63151 | 505338, DOC: 523 Fund Reimburs, Inv. Date: 04/18/2007 | -2.00 | 58.61 |
| 05/16/07 | Disbursements | 80 Postage | 136320 | Chk #63152 | 507693, Pitney Bowes Bank, Inc, Inv. Date: 05/11/2007 | -1.11 | 57.50 |
| 05/16/07 | Disbursements | 80 Postage | 136320 | Chk #63152 | 505825, Pitney Bowes Bank, Inc, Inv. Date: 04/24/2007 | -1.59 | 55.91 |
| 05/16/07 | Disbursements | 80 Postage | 136320 | Chk #63152 | 505266, Pitney Bowes Bank, Inc, Inv. Date: 04/17/2007 | -2.79 | 53.12 |
| 05/23/07 | Point of Sale | 60 Commissary | 143731 | 244613 | Commissary | -14.22 | 38.90 |
| 05/24/07 | Point of Sale | 60 Commissary | 144731 | 244742 | Commissary | 13.07 | 51.97 |
| 06/14/07 | Disbursements | 90 Medical Co-Pay | 165320 | Chk #63452 | 508998, DOC: 523 Fund Reimburs, Inv. Date: 05/29/2007 | -2.00 | 49.97 |
| 06/14/07 | Disbursements | 90 Medical Co-Pay | 165320 | Chk #63452 | 508673, DOC: 523 Fund Reimburs, Inv. Date: 05/23/2007 | -2.00 | 47.97 |
| 06/14/07 | Disbursements | 90 Medical Co-Pay | 165320 | Chk #63452 | 508408, DOC: 523 Fund Reimburs, Inv. Date: 05/21/2007 | -2.00 | 45.97 |
| 07/30/07 | Disbursements | 99 Transfer Inmate | 211320 | Chk #63937 | Menard CC, Inv. Date: 07/30/2007 | -45.97 | .00 |
| 09/14/07 | Mail Room | 01 MO/Checks (Not Held) | 257262 | 710528 | Mascio, Mary | 10.00 | 10.00 |
| 10/10/07 | Mail Room | 04 Intake and Transfers In | 283225 | 82044 | Menard C.C. | 12.37 | 22.37 |
| 10/11/07 | Mail Room | 01 MO/Checks (Not Held) | 284225 | 725665 | Mascio, Mary | 10.00 | 32.37 |

|  |  |
|---|---|
| **Total Inmate Funds:** | 32.37 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 13.34 |
| **Funds Available:** | 19.03 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 09/20/2007 | 518224 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.80 |

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DONALD MASCIO (B15769),  )
Plaintiff,                )
                          ) Case No. _____
      v.                  )
                          )
ROGER WALKER & EDDIE JONES, )
Defendants                )

## PROOF/CERTIFICATE OF SERVICE / NOTICE OF FILING

TO: _____          TO: LISA MADIGAN
    _____               IL. ATTORNEY GENERAL
    _____               500 S. SECOND ST.
    _____               SPRINGFIELD, IL. 62706

PLEASE TAKE NOTICE that on __JANUARY 22__, 2008, I have placed the documents listed below in the institutional mail at __PONTIAC__ Correctional Center, properly addressed to the parties listed above for mailing through the ~~United States Postal~~ E-FILE Service: __FEDERAL HABEAS CORPUS MOTION TO PROCEED IN FORMA PAUPERIS' & MOTION FOR APPOINTMENT OF COUNSEL__

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: __1-22-08__           /s/ X __Donald Mascio__
                            NAME: __DONALD MASCIO__
                            IDOC#: __B15769__
                            __PONTIAC__ Correctional Center
                            P.O. BOX __99__
                            __PONTIAC__, IL __61764__

## VERIFICATION OF CERTIFICATION

I, __DONALD MASCIO__, the undersigned, certify and state that:

1. I am the (**Petitioner**/Respondent) in the above captioned legal matter.
2. I have read the foregoing application and have knowledge of its contents;

and

3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to matters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

X _Donald Mascio_
(Your signature)

## ORDER

The foregoing application is:

_____ Granted

_____ Denied

_____
Judge  DIST. Court

Revised Oct 2002

2.