UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DONALD MASCio (B15769)

Plaintiff(s)

v.

ROGER WALKER And Eddie Jones

Defendant(s)

Case Number _____

Judge _____

## MOTION FOR APPOINTMENT OF COUNSEL

1.  I, DONALD MASCIO , declare that I am the plaintiff
in the above-entitled proceeding and state that I am unable to afford
the services of an attorney, and hereby request the court to appoint
counsel to represent me in this proceeding.

2.  In support of my motion, I declare that I have made the following
attempts to retain counsel to represent me in this proceeding:

I HAVE WRITTEN Letters
TO ATTORNEYS
ALC TO NO
AVAIL, NONE
OF THE WOULd
REPRESENT ME.

1 - B