**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** United States of America, ex rel. DONALD MASCIO

**Defendant(s):** ROGER WALKER, et al.

**County of Residence:** LIVINGSTON

**County of Residence:**

**Plaintiff's Address:**
Donald Mascio
B-15769
Pontiac - PON
P.O. Box 99
Pontiac, IL 61764

**Defendant's Attorney:**
Chief of Criminal Appeals
Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

FILED
JAN 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV704
JUDGE CASTILLO
MAG. JUDGE COX

**Origin:**
- [ ] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [✓] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus General

**Cause of Action:** 28:2254

**Jury Demand:** [ ] Yes [✓] No

**Signature:** M. Burke    **Date:** 2/1/08