**FEBRUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Wednesday, 23 January, 2008 11:54:31 AM
Clerk, U.S. District Court, ILCD

IN THE
UNITED STATES DISTRICT
CENTRAL DISTRICT OF
PEORIA

SCANNED at PCC and E-Mailed
1-22-08 (date) by SE (initials)
15 (# of pages)

DONALD MASCIO
                    Plaintiff,

vs.                                    No. 08-1028

ROGER WALKER And Eddie Jones
                    Defendant,

## PETITION

TO: THE U.S. DISTRICT COURT FOR THE CENTRAL DISTRIC OF ILLINOIS.

The petition of _DONALD MASCIO_, for HABEAS CORPUS, PER 28 U.S.C. 2241 (3)(4)

pursuant to 735 ILCS 5/10-102 et. seq. (1992), states as follows:

1. I _DONALD MASCIO_, in whose behalf the petition is applied

   for, is confined or restrained of liberty at _PONTIAC C.C._, _PONTIAC_

   Illinois _LIVINGSTON_ County, by Warden _Eddie Jones_,

   respondent above named, Chief Administrative Officer of said correctional center.

2. Name and location of court under whose process plaintiff is confined: _COOK COUNTY_
   _COURTS 2600 S, CALIFORNIA AVE. Chicago, IL. 60608_

3. Nature of the crime and case number resulting in confinement: _ROBBERY_
   _06CR0026201_

4. The length of sentence is _THREE YEARS_

   and a copy of commitment is attached hereto and incorporated herein as "Exhibit A".

5. The date of judgment, order, or decree for confinement is _10-24-07_

6. I entered a pleas of Guilty/Not Guilty

3.

7. I was convicted by a Bench Trial/Jury Trial.

8. Was an appeal taken? _____ NO _____

9. If you answered "yes" to question "8", list:

   (a) Name of court _____ N/A _____

   (b) Disposition _____ N/A _____

   (c) Date of disposition _____ N/A _____

   (d) Issues raised _____ N/A _____

   _____

   _____

10. If the answer to question "8" was "no", state the reasons for not appealing: _____

   _____ NO KNOWLEDGE OF THE LAW(ect.) _____

11. Have any other applications, petitions, or motions been filed or made in regard to the same

   detention or restraint? _____ NO _____

12. If you answered "yes" to question "11", list:

   (a) Name of court _____ N/A _____

   (b) Disposition _____ N/A _____

   (c) Date of disposition _____ N/A _____

   (d) Issues raised _____ N/A _____

   _____

   _____

13. I believe that I am being held unlawfully on the following grounds:

   _____ B. DOUBLE JEOPARDY _____

   _____ A. DUE PROCESS VIOLATIONS _____

   _____ AND EQUAL PROTECTION VIOLATIONS _____

Revised Oct 2002

4.

A.    Ground one:    DUE PROCESS AND EQUAL PROTECTION VIOLATIONS

Supporting FACTS (state briefly without citing cases or law): MASCIO IS SUFFERING FEDERAL CONSTITUTIONAL SUBSTANTIVE DUE PROCESS AND EQUAL PROTECTIONS PROSCRIPTIONS IN THAT THE LEGISLATIVE PUBLIC ACT 80-1099 UNDER WHICH HIS SENTENCING STRUCTURE WAS EXTRAPLATED AND IMPOSED FROM IS A BLATANT FORM OF AGE/GENDER DISCRIMINATION AND DUE PROCESS VIOLATIONS AND CONSTITUTIONAL RIGHTS BEING UNLAWFULLY DENIED BY BEING DENIED OF AN PRB HEARING WITHOUT THE PERSON AND OR BODY OF PETITIONER BEING PRESENT AT THE HEARING (FOR I WAS ON A COURT WRIT). THEREFORE THE PRB AND THE DEFENDANT ROGER WALKER REVOKED MY G.C.C., PLUS THE ADJUSTMENT COMMITTEE AND THE ADMINISTRATIVE REVIEW BOARD THREW THE BOOK AT ME WITHOUT ANY EVIDENCE OR PROOF (MASCIO WAS GETTING THE COLD SHOULDER) WHICH VIOLATED MASCIO'S 1ST AMENDMENT RIGHTS (ALSO) THIS BEING RETALIATORY FOR MASCIO BEING AN MINORITY & TELLING STAFF HE BECAME RELIGIOUS. MASCIO WAS THEN MANHANDLED WITH EXCESSIVE FORCE, TREATED MALICIOUSLY AND BLATANTLY VIOLATED HIS 8th AMENDMENT RIGHTS (& 14th).
PETITIONER THEREFORE NOT BEING WITH EQUAL PROTECTION IN ALL THREE HEARINGS (A/C, PRB AND ARB) THE ADJUSTMENT COMMITTEE VIOLATED MY RIGHTS BY NOT CALLING MY WITNESSES ON MY BEHALF. DR. 504.80F-2. SEE (ALSO) PEOPLE V. WHITFIELD; TAYLOR V. FRANZEN.

B.    Ground two:    DOUBLE JEOPARDY VIOLATIONS.

Supporting FACTS (state briefly without citing cases or law): MASCIO SUFFERED DOUBLE JEOPARDY VIOLATIONS BY BEING SENTENCED TO TWO CONCURRENT TERMS FROM ONE SINGLE INCIDENT AND COMMISSION OF ONE OFFENCE. SEE PUBLIC ACT 80-1099, 81-1270 (MITTIMUS ATTACHED AS EXHIBIT "A"). THE "A" EXHIBIT (MITTIMUS) REFLECTS MASCIO IS INCARCERATED FOR THE ROBBERY ON 11-5-05, A CLASS 1 FELONY 720 ILCS 5/18-1 AND ALSO PETITIONER CAUGHT A "JAILHOUSE CASE" OF AGGRAVATED BATTERY CTS. I, III & IV. ALL 3 COUNTS OF A CLASS 3- FELONY 720 ILCS 5/12-4 HABITUAL CRIMINAL ACT 338 OF THE 1977 PUBLIC ACT. 80-1099 AND ITS RETROACTIVE AMENDING 1980 PUBLIC ACT. 81-1270 EX (B) (C) BOTH SENTENCES 5th DIST. APPELLATE COURT MODIFIED TO CONCURRENT TERMS FOR LACK OF VIOLENCE (PARKER V. PEOPLE, 141 ILL. APP. 3d 643. CONSTITUTIONAL STATUTORY AND CASE LAW INVOLVED U.S. CONSTITUTIONAL AMEND. V, VIII AND XIV ILL. CONSTITUTION (ARTICLE I SEC. 2, 10 AND 18, 1977) PUBLIC ACT 80-1099, 1980 PUBLIC ACT. 81-1270 2ND DIST. APP. CRT. PEOPLE V. RICHARDS NO. 82-703 (1983); THOMPSON V. SPEARS,

91 F.2d 430 (1937); Avery V. Midland Co. TX. 33 S.Ct.
1114, 390 U.S. 474 20 LED 2d 1185 (1968).
THE APPELLATE CRT. RESENTENCING TO CONCURRENT TERMS
NEITHER SAID COURT, CIRCUIT COURT BELOW NOR APPOINTED TRIAL OR
APPELLATE COUNSEL FOR MASCIO, TOOK PLAIN ERROR NOR
JUDICIAL NOTICE OR STATUTORY MANDATE TO COMPEL A MERGING
OF CASE AND OF THE COMMISSION OF THE INCIDENCE INTO ONE
SENTENCE, AND THEREBY VIOLATED HIS GUARENTEE TO ONE
SENTENCE; AND THEREBY VIOLATED HIS GUARENTEE ALSO
UNDER THE ILLINOIS STATE CONSTITUTION ARTICLE ONE SEC.10
IN THAT NO PERSON SHALL BE compelled IN A CRIMINAL CASE
TO .... Be twice Placed IN Jeopardy
For THE SAME offence" WITH
Out [well] aught knowing that" WHere CASE OR conviction
IS BASED ON SAME Physical
ALOT As ARMed VIoLence
Conviction the LATER MUST Be
VACAted. See ex(D) ILL. APP.CRT. 2d Dist.
PeopLe V. RicHARds NO. 82-703;
see Also PeopLe V. FAsteR 250
ILL. Dec. 148
137 N.E. 2d 1125 (2000)
HeNce This is eQuALly VioLAted
x Donald Mascio

NOTE: PetitioneR HAve No oTHeR Petition NoR
AppeAL Now Pending IN ANy otHeR COURT AS TO
THE JuDgment undeR AttAck AND THIS Is
THE PROPER VENUE FOR RedRess.

6.

(B) Ground two: _____ N/A _____

_____

(C) Ground three: _____ N/A _____

_____

(D) Ground four: _____ N/A _____

_____

14. Have all grounds raised in this petition been presented to the highest court having jurisdiction? _____ N/A _____

15. If you answered "no" to question "16", what grounds were not presented and why: _____
THIS IS
THE PROPER
VENUE AND
COURT OF Redress

16. Do you have any other petition or appeal now pending in any court, either state or federal, as to the judgment under attack? _____ NO _____

17. If you answered "yes" to question "18", list:

EXHIBIT "A"

IN THE CIRCUIT COURT OF COOK COUNTY

PEOPLE OF THE STATE OF ILLINOIS )    CASE NUMBER    06CR0026201
V.    )    DATE OF BIRTH   04/10/71
DONALD    MASCIO    )    DATE OF ARREST   12/05/05
Defendant    IR NUMBER 0927387    SID NUMBER 028728890

ORDER OF COMMITMENT AND SENTENCE TO
ILLINOIS DEPARTMENT OF CORRECTIONS
=======================================

The above named defendant having been adjudged guilty of the offense(s) enumerated below is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Statutory Citation | Offense | Sentence | Class |
|---|---|---|---|---|
| 001 | 720-5/18-1(a) | ROBBERY | YRS. 003   MOS.00 | 2 |

and said sentence shall run concurrent with count(s) ___ ___ ___ ___

_____    _____    _____    YRS.____ MOS.____    _____

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

_____    _____    _____    YRS.____ MOS.____    _____

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

_____    _____    _____    YRS.____ MOS.____    _____

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

_____    _____    _____    YRS.____ MOS.____    _____

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

On Count ____ defendant having been convicted of a class __ offense is sentenced as a class x offender pursuant TO 730 ILCS 5/5-5-3(C)(8).

On Count ____ defendant is sentenced to an extended term pursuant to 730 ILCS 5/5-8-2.

The Court finds that the defendant is entitled to receive credit for time actually served in custody for a total credit of 0296 days as of the date of this order

IT IS FURTHER ORDERED that the above sentence(s) be concurrent with the sentence imposed in case number(s) _____
AND: consecutive to the sentence imposed under case number(s)
_____    _____    _____    _____

IT IS FURTHER ORDERED THAT    CORRECTED MITT - CREDIT FOR 296 DAYS_____

_____

IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff take the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

DATED    OCTOBER 24, 2007    OCT 24 2007    ENTER    10/24/07

JUDGE THOMAS M. DAVY - 1590

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

CERTIFIED BY    L SUTTON _____
DEPUTY CLERK              JUDGE:   DAVY, THOMAS M.      1590

0..07.421A-J

*EXHIBIT "B"*

SENTENCE CALCULATION WORK SHEET

SINGLE OR CONCURRENT DETERMINATE SENTENCES UNDER 1978 LAW AND JAIL CREDIT

NAME DONALD MASCIO          NUMBER B15769          DATE 10-30-07

**(STEP 1) (A)**

Yr.  Mo.  Day

- _____ (Rel. on Bond, Etc.)
  _____ (Arrest Date)
  _____ (Jail Credits)
+ _____ 1 ____ (Add 1 Day)
  _____ (Jail Credits)

**(STEP 1) (B)**

Yr.  Mo.  Day

- _____ (Rel. on Bond, Etc.)
  _____ (Arrest Date)
  _____ (Jail Credits)
+ _____ 1 ____ (Add 1 Day)
  _____ (Jail Credits)

**(STEP 1) (C)**

Yr.  Mo.  Day

- _____ (Rel. on Bond, Etc.)
  _____ (Arrest Date)
  _____ (Jail Credits)
+ _____ 1 ____ (Add 1 Day)
  _____ (Jail Credits)

**(STEP 1) (D)**

Yr.  Mo.  Day

- _____ (Rel. on Bond, Etc.)
  _____ (Arrest Date)
  _____ (Jail Credits)
+ _____ 1 ____ (Add 1 Day)
  _____ (Jail Credits)

**(STEP 2)**

Yr.  Mo.  Day

+ _____ (Jail Credits - A)
+ _____ (Jail Credits - B)
+ _____ (Jail Credits - C)
+ _____ (Jail Credits - D)
  _____ (Total Jail Credits)

**(STEP 3)**                      296 days

Yr.  Mo.  Day

  06   9  11   (Old Custody/
                Sentence Date)
-      9  26   (Total Jail Credits)
  05  11  15   (New Custody Date)

**(STEP 4)** (MITTIMUS NO. 06CR0026201)

PROJECTED OUT DATE

Yr.  Mo.  Day

  05  11  15   (New Custody Date)
+      1   6   (Sentence Less
                Good Conduct Credits)
+or- 07   5  15   (Projected Out Date)
       1        (Previous Time
                Lost/Awarded) *Revoked*
  08   5  15   (Adj. Proj. Out Date)

**(STEP 5)**

MANDATORY OUT DATE

Yr.  Mo.  Day

  05  11  15   (New Custody Date)
+      3        (Sentence)
  08  11  15   (Mandatory Out Date)

---

Adj. Proj. Out Date  5-15-08          Terminal Operator _____
Mandatory Out Date   11-15-08         Date Entered _____
Calculated By  *ta*

Rec'd corrected mitt, #06CR0026201, giving 296 days
jail credit. New Custody date is 11-15-05.

DC 1321
IL 426-0521

(a) Name of court _____ N/A _____

(b) Disposition _____ N/A _____

(c) Date of disposition _____ N/A _____

(d) Issues raised _____ N/A _____

_____

_____

WHEREFORE, Plaintiff prays that a PETITION OF HABEAS CORPUS directed to the

Defendant above named, issued for the purpose of inquiring into the cause of the imprisonment

and restraint of the Plaintiff, and the delivering him therefrom, pursuant to law (28 U.S.C. 2254(e)),

Respectfully submitted,

/s/    X Donald Mascia

Plaintiff, pro se
Number    B15769
P.O. Box    99
_____ Pontiac _____, Illinois
Zip code    61764

## AFFIDAVIT

I, _____ Donald Mascio _____, deposes and says that as to the petition herein,
he is the plaintiff in the above entitled cause; that he has read the foregoing document, by his
signed and that the statements contained therein are true in substance and in fact.

s/s    X Donald Mascio

Plaintiff, pro se

8.

3.  In further support of my motion, I declare that (check appropriate answer):

_____X_____ I am not currently, nor previously have been represented by an attorney appointed by this Court in this or any other civil or criminal proceeding before this Court.

_____ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the following page.

4.  In further support of my motion, I declare that (check appropriate answer):

_____X_____ I have attached an original Application to Proceed in Forma Pauperis detailing my financial status.

_____ I have previously filed an Application to Proceed in Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

_____ I have previously filed an Application to Proceed in Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed in Forma Pauperis to reflect my current financial status.

5.  I declare under penalty of perjury that the foregoing is true and correct.

X _Donald Nasis_
Movant's Signature

_P.O. Box 99 #B15769_
Street Address

_Pontiac, IL. 61764_
City/State/Zip

DATE: _1/22/08_

2 -B

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

DONALD MASCIO (B15769)
)
Plaintiff(s)
)
)
)
)
    v.
)
                                    Case Number _____
)
ROGER WALKER AND Eddie Jones )
)
                                    Judge _____
)
)
Defendant(s)
)
)

## MOTION FOR APPOINTMENT OF COUNSEL

1.    I, DONALD MASCIO            , declare that I am the plaintiff
in the above-entitled proceeding and state that I am unable to afford
the services of an attorney, and hereby request the court to appoint
counsel to represent me in this proceeding.

2.    In support of my motion, I declare that I have made the following
attempts to retain counsel to represent me in this proceeding:

I HAVE WRITTEN LETTERS
TO ATTORNEYS
ALL TO NO
AVAIL, NONE
OF THE WOULD
REPRESENT ME.

1-B

AO 240  (Rev. 6/86)  Application to Proceed @

# United States District Court

CENTRAL _____ DISTRICT OF ___ ILLINOIS

DONAL MASCIO

v.

ROGER WALKER AND
Eddie JONES.

**APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER**

CASE NUMBER:

I, _DONALD MASCIO_, declare that I am the *(check appropriate box)*

[X] petitioner/plaintiff          [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant       [ ] _____
                                          *other*

in the above-entitled proceeding; that, in support of my request to proceed without being
required to prepay fees, cost or give security therefor, I state that because of my poverty, I
am unable to pay the costs of said proceeding or give security therefor; that I believe I am
entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend
to present on appeal are briefly stated as follows:

I AM QUALIFIED FOR IMMEDIATE Release
AND THE DEFENDANTS HAVE FAILED TO
PROPERLY CALCULATE MY SENTENCE

In further support of this application, I answer the following questions.

1. Are you presently employed?                          Yes [ ]    No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and
      give the name and address of your employer. (list both gross and net salary)

                                 N/A

   b. If the answer is "no," state the date of last employment and the amount of the
      salary and wages per month which you received.
                        06' $10.08 PER MONTH APPROX

2. Have you received within the past twelve months any money from any of the follow-
   ing sources?
   a. Business, profession or other form of self-employment   Yes [ ]    No [X]
   b. Rent payments, interest or dividends?                    Yes [ ]    No [X]
   c. Pensions, annuities or life insurance payments?          Yes [ ]    No [ ]
   d. Gifts or inheritances?                                   Yes [X]    No [ ]
   e. Any other sources?                                       Yes [ ]    No [X]

1-C

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

$10.00 SUMS - MOM

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☒    No ☐    (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   SEE ATTACHED

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐    No ☒

   If the answer is "yes," describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___1-22-08___          X _Donald Marcis_
            (Date)                      Signature of Applicant

---

## CERTIFICATE
### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

_____

I further certify that during the last six months the applicant's average balance was $ _____

_____
Authorized Officer of Institution

---

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____<br>United States Judge       Date | _____  _____<br>United States Judge       Date<br>or Magistrate |

2-C

**Pontiac Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA  -  Date: 04/12/2007 thru End;    Inmate: B15769;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print
Balance Errors Only ? : No

**Inmate: B15769 Mascio, Donald**                                **Housing Unit: PON-N -03-04**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|-----------------|-------|-------------|-------------|--------|---------|
| | | | | | Beginning Balance: | | 50.11 |
| 04/17/07 | Mail Room | 01 MO/Checks (Not Held) | 107225 | 1066907 | Mascio, Mary | 10.00 | 60.11 |
| 04/17/07 | Mail Room | 04 Intake and Transfers In | 107225 | 28896 | Vandalia C.C. | -4.16 | 55.95 |
| 04/24/07 | Mail Room | 04 Intake and Transfers In | 114225 | 28981 | Vandalia C.C. | 1.36 | 57.31 |
| 05/04/07 | Mail Room | 01 MO/Checks (Not Held) | 124262 | P1071276 | Mascio, Mary | 10.00 | 67.31 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 507100, DOC - Library Copies,    Inv. Date: 05/08/2007 | -.35 | 66.96 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 507104, DOC - Library Copies,    Inv. Date: 05/08/2007 | -.35 | 66.61 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 507074, DOC - Library Copies,    Inv. Date: 05/08/2007 | -.45 | 66.16 |
| 05/16/07 | Disbursements | 84 Library | 136320 | Chk #63150 | 505909, DOC - Library Copies,    Inv. Date: 04/25/2007 | -1.55 | 64.61 |
| 05/16/07 | Disbursements | 90 Medical Co-Pay | 136320 | Chk #63151 | 507467, DOC: 523 Fund Reimburs, Inv. Date: 05/10/2007 | -2.00 | 62.61 |
| 05/16/07 | Disbursements | 90 Medical Co-Pay | 136320 | Chk #63151 | 505789, DOC: 523 Fund Reimburs, Inv. Date: 04/24/2007 | -2.00 | 60.61 |
| 05/16/07 | Disbursements | 90 Medical Co-Pay | 136320 | Chk #63151 | 505338, DOC: 523 Fund Reimburs, Inv. Date: 04/18/2007 | -2.00 | 58.61 |
| 05/16/07 | Disbursements | 80 Postage | 136320 | Chk #63152 | 507693, Pitney Bowes Bank, Inc, Inv. Date: 05/11/2007 | -1.11 | 57.50 |
| 05/16/07 | Disbursements | 80 Postage | 136320 | Chk #63152 | 505825, Pitney Bowes Bank, Inc, Inv. Date: 04/24/2007 | -1.59 | 55.91 |
| 05/16/07 | Disbursements | 80 Postage | 136320 | Chk #63152 | 505266, Pitney Bowes Bank, Inc, Inv. Date: 04/17/2007 | -2.79 | 53.12 |
| 05/23/07 | Point of Sale | 60 Commissary | 143731 | 244613 | Commissary | -14.22 | 38.90 |
| 05/24/07 | Point of Sale | 60 Commissary | 144731 | 244742 | Commissary | 13.07 | 51.97 |
| 06/14/07 | Disbursements | 90 Medical Co-Pay | 165320 | Chk #63452 | 508998, DOC: 523 Fund Reimburs, Inv. Date: 05/29/2007 | -2.00 | 49.97 |
| 06/14/07 | Disbursements | 90 Medical Co-Pay | 165320 | Chk #63452 | 508673, DOC: 523 Fund Reimburs, Inv. Date: 05/23/2007 | -2.00 | 47.97 |
| 06/14/07 | Disbursements | 90 Medical Co-Pay | 165320 | Chk #63452 | 508408, DOC: 523 Fund Reimburs, Inv. Date: 05/21/2007 | -2.00 | 45.97 |
| 07/30/07 | Disbursements | 99 Transfer Inmate | 211320 | Chk #63937 | Menard CC,    Inv. Date: 07/30/2007 | -45.97 | .00 |
| 09/14/07 | Mail Room | 01 MO/Checks (Not Held) | 257262 | 710528 | Mascio, Mary | 10.00 | 10.00 |
| 10/10/07 | Mail Room | 04 Intake and Transfers In | 283225 | 82044 | Menard C.C. | 12.37 | 22.37 |
| 10/11/07 | Mail Room | 01 MO/Checks (Not Held) | 284225 | 725665 | Mascio, Mary | 10.00 | 32.37 |

| | |
|---|---|
| Total Inmate Funds: | 32.37 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 13.34 |
| Funds Available: | 19.03 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|--------------|----------------|------|-------------|--------|--------|
| 09/20/2007 | 518224 | Disb | Legal Postage | 6967 Pitney Bowes Bank, Inc. | $0.80 |

IN THE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

DONALD MASCIO (B15769) )

Plaintiff, )

)

)   Case No. _____

v. )

)

ROGER WALKER & Eddie Jones, )

Defendants )

## PROOF/CERTIFICATE OF SERVICE/NOTICE OF FILING

TO: _____        TO: ___ LISA MADIGAN

_____                 IL. ATTORNEY GENERAL

_____                 500 S. SECOND ST.

_____                 SPRINGFIELD, IL.

                                                                    62706

PLEASE TAKE NOTICE that on ___ JANUARY 22 ___, 2008, I have placed the

documents listed below in the institutional mail at ___ Pontiac ___ Correctional Center,

properly addressed to the parties listed above for mailing through the ~~United States Postal~~ — E-FILE

Service: _____

_____ Federal HABEAS CORPUS

MOTION TO Proceed IN FORMA PAUPERIS' & MOTION FOR

APPOINTMENT OF COUNSEL

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury,

that I am a named party in the above action, that I have read the above documents, and that the

information contained therein is true and correct to the best of my knowledge.

DATE: ___ 1-22-08 ___        /s/ X Donald Mascio

                                              NAME: ___ DONALD MASCIO ___

                                              IDOC#: ___ B15769 ___

                                              ___ PONTIAC ___ Correctional Center

                                              P.O. BOX 99

                                              ___ PONTIAC ___, IL 61764

Revised Oct 2002

16

## VERIFICATION OF CERTIFICATION

I, _DONALD MASCIO_ , the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal matter.

2. I have read the foregoing application and have knowledge of its contents;

and

3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure,

   I certify that the statements set forth in the foregoing motion and this affidavit are true

   and correct except as to matters therein stated to be on information and belief, and as

   to such matters I certify that I believe the same to be true.

X _Donald Mascio_
(Your signature)

## ORDER

The foregoing application is:

_____ Granted

_____ Denied

_____

Judge  DIST  Court