Order Form (01/2005)

MHW

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | RUBÉN CASTILLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0704 | **DATE** | April 28, 2008 |
| **CASE TITLE** | U.S. ex rel. Donald Mascio (#B-15769) vs. Roger Walker, et al. | | |

**DOCKET ENTRY TEXT:**

The Clerk is directed to return the jumble of documents submitted by the petitioner. Neither the Clerk's staff nor the Court's staff will sift through a large stack of miscellaneous documents and attempt to determine what court action the petitioner may be seeking. In any event, this case is closed. By Minute Order of March 18, 2008, the court dismissed the petition on preliminary review for failure to exhaust state court remedies prior to seeking federal habeas review. The petitioner must re-initiate suit only after exhausting available state court remedies. The petitioner is reminded for future reference that he must provide the court with the original plus a complete judge's copy, including exhibits, of every document filed.

■ [Docketing to mail notices.]



mjm