MAY 17, 2008

Donald Mascia

On May 15, 2008 i was at Pontiac correctional center to Parole at Fayette county jail on terms of Parole then to report to Parole officer Bruce Eisenhower Then to be reassigned to chicago Parole agent. I am very sorry of this matter of what type of agreement that to be released on mandatory supervise release so for the record my new address is Fayette county jail location Vandalia Ill.

Civil Suit 1983   Mascia v. Hall et. al. 08 C 2262
         1983   Mascia v. Rivera, 08 C 735
Habeas corpus — Mascia v. Walker (08 CV 704)

FILED
5-22-08
MAY 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Respectfully Submitted

Donald Mascia

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
FAYETTE COUNTY, VANDALIA ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )
)
VS. ) NO. 2007CF000011
)
MASCIO, DONALD B 15769 )
)
DL #

WARRANT OF ARREST

TO ALL PEACE OFFICERS OF THE STATE OF ILLINOIS:

You are hereby commanded to arrest MASCIO, DONALD B 15769

Address: 01 N    PONTIAC CORRECTIONAL CENTER    BOX 99
PONTIAC    IL    61764-0099

a male/female person whose date of birth is on or about 4/10/1971

and bring said person without unnecessary delay, before S.G. HAWK

Judge of the Circuit Court of the Fourth Judicial Circuit, Fayette County

in the Courtroom usually occupied by him, in the Fayette County Courthouse

in the City of Vandalia, if he is absent or unable to act, before the nearest

or most accessible Court in said County, to answer to charges made against

said person for the offense of AGG BATTERY/CORR EMP/GRE DHS

and hold said person to bail.

X Defendant's failure to appear in court on XXXXXXX 03/18/08.
  Defendant's failure to pay as ordered by the court.
  Other

Limitations on Warrant:
  No Limitations
X Illinois Only
  Illinois Only, South of Interstate 80
  Fayette County & Adjoining Counties

The amount of bail is $1000000.00

ISSUED AT VANDALIA, FAYETTE COUNTY, ILLINOIS, this day of
March 18, 20 08.
                                                        Judge

STATE OF ILLINOIS COUNTY OF FAYETTE        RETURN OF SERVICE

I have executed the within warrant by arresting the within named defendant
in accordance with the provisions of Paragraph 110-3, Chapter 38, Illinois
Revised Statutes, defendant released on bail in sum of $_____ with
security: _____
(Surety) _____

this ___ day of ___ ___ to appear in court on
the ___ day of ___ 20 ___ at ___ o'clock
Fines, Fees, Services and Returns ___ Mileage ___
TOTAL $ _____

ILLINOIS DEPARTMENT OF CORRECTIONS

REPORTING INSTRUCTIONS

| MASCIO, DONALD | PONTIAC |
|---|---|
| (RELEASEE) | (FACILITY) |
| B15769 | 05/15/2008 |
| (DOC INSTITUTION NUMBER) | (RELEASE DATE) |

OUR RECORDS INDICATE YOUR RELEASE PLAN IS AS FOLLOWS:

HOME:   FAYETTE CO                         AGENCY/INSTITUTION
        221 S. 7TH ST

        VANDALIA         IL  62471
        618-283-2141

ASSIGNED PAROLE OFFICE:

        DISTRICT 4
        E ST LOUIS/CARBONDALE PO
        10 COLLINSVILLE #204
        EAST ST. LOUIS  IL  62201
        TELEPHONE NUMBER:  800-666-6744

REPORTING INSTRUCTIONS:  UPON RELEASE, GO DIRECTLY TO THE ASSIGNED RESIDENCE LISTED ABOVE. UPON ARRIVAL HOME YOU SHOULD IMMEDIATELY CHECK IN AT THE PAROLE CONTROL CENTER BY CALLING 800-666-6744. IF YOU HAVE NO TELEPHONE AT YOUR RESIDENCE YOU MAY LEAVE ONLY TO USE THE NEAREST PUBLIC TELEPHONE TO CHECK IN. OTHERWISE, DO NOT LEAVE HOME UNTIL YOUR AGENT MAKES HIS/HER INITIAL VISIT. IF YOU DO NOT COMPLY WITH THIS REPORTING REQUIREMENT, YOU WILL BE CONSIDERED TO BE IN VIOLATION OF YOUR RELEASE AGREEMENT AND A WARRANT MAY BE ISSUED FOR YOUR ARREST.

ISP REGISTRY REQD:  NO

!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!           SPECIAL REPORTING INSTRUCTIONS                          !
!  IF RELEASED PRIOR TO 5-15-2010 GO TO 6421 S. RICHMOND,           !
!  CHICAGO,IL 60629 AND CALL 1-800-666-6744 IMMEDIATELY!!           !
!                                                                    !
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

_____        _____5/15/08_____
(FIELD SERVICES REPRESENTATIVE)            (DATE)

I UNDERSTAND AND WILL COMPLY WITH THE ABOVE INSTRUCTIONS.

X  Donald Mascio                        _____5/15/08_____
(RELEASEE SIGNATURE)                       (DATE)

CC(3):  RELEASEE (ORIGINAL);  INSTITUTION;  PAROLE OFFICE