NO. 08-CV-735

Dear Clerk                                    June 20, 2008

My name is Donald Mascio B15769
have a Change of new address:
Graham Corr. Center
P.O. Box 626 or 636
Hillsboro ILL. 62899

I got sentence to IDOC for a short
period of time.   ① CASES:
                       08-CV-704
                   ②   08-CV-2002
                       2262

# FILED

JUN 2 4 2008 *aew*
6-24-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Respectfully
Submitted
Donald Mascio